UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED

JAN 2 5 2012

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Petitioner,

-vs-

JAMES N. DRUTCHAS,

    Respondent.
_____/

MISC. NO. 11-mc-51527

HON. GEORGE CARAM STEEH

## ORDER AND JUDGMENT

Petitioner having applied for an order to enforce an Internal Revenue Service Summons relating to the collection of the tax liability of respondent, James N. Drutchas, and the petition and order having been personally served upon James N. Drutchas on December 29, 2011, this cause having come on before the undersigned pursuant to an Order to Show Cause issued December 71, 2011, and due deliberation having been had herein; it is hereby

ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED; and it is further

ORDERED that the respondent, James N. Drutchas, appear before Revenue Officer Mary Beth Miller or her designated representative at 10:00 a.m. on February 8, 2012, at 1270 Pontiac Road, Pontiac, Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers and other data

demanded by the summons served upon James N. Drutchas on June 8, 2011, the examination to continue from day to day until completed.

GEORGE CARAM STEEH
United States District Judge

Entered: 1/25/12